UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CR6 HEA |
| | ) | |
| FERDINAND MCGUIRE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Defendant's Motions to Reduce Term of Imprisonment Pursuant to Title 18 U.S.C. §3582 [Doc. #37 and Doc. #40]. Upon review of the court file and the sentencing judgment, the Court concludes that the defendant is not eligible for a reduction in sentence pursuant to Title 18 U.S.C. §3582.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's Motions [Doc. #37 and Doc. #40] filed pursuant to 18 U.S.C. §3582(c)(2) are hereby denied..

Dated this 19th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE